# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00102-CV

**Martha Contreras, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-GN-15-002365, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

PER CURIAM

The parties have filed a joint motion to abate this appeal until the deadline for filing a petition for review has run without a petition having been filed or, if a petition is filed, until the petition is disposed of in *Mosley v. Texas Health & Human Services Commission*, No. 03-16-00358-CV, 2017 Tex. App. LEXIS 2679 (Tex. App.—Austin Mar. 30, 2017, no pet. h.). The parties represent that jurisdictional facts at issue in this appeal are similar to the jurisdictional facts that were addressed in *Mosley* and that abating the case until a petition for review, if any, is disposed of in *Mosley* will reduce costs to the parties. We grant the motion and abate the appeal.

Appellant also has filed an unopposed motion for extension of time to file appellant's initial brief in the event that we denied the joint motion to abate. We dismiss the motion for extension as moot.

Before Justices Puryear, Pemberton, and Goodwin

Abated

Filed:   May 2, 2017